

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00630-CV

Rowland J. **MARTIN**,
Appellant

v.

**BEXAR COUNTY**, City of San Antonio, and San Antonio Independent School District,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-19099
Honorable John D. Gabriel, Jr., Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED FOR WANT OF JURISDICTION. Additionally, the motion to extend time to pay the court filing fee is DENIED AS MOOT, and the corrected motion for extraordinary relief is DENIED.

It is so **ORDERED** on October 8, 2014.

_____
Marilyn Barnard

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle, Clerk